No. 87–5383. KURTZ v. KURTZ. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 87–5385. MUSTARD v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 87–5387. WALL v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 87–5390. ROBERTS v. PETERSON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTE. C. A. 9th Cir. Certiorari denied.

No. 87–5393. WILLIAMS v. LENSING ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–5394. OWENS v. FULCOMER. C. A. 3d Cir. Certiorari denied.

No. 87–5396. FELTON v. DIXON ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–5398. ADAMS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 87–5399. SIMMONS v. RUTHERFORD, CROCKETT & DEMARCO ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5400. FORD v. BUNNELL, SUPERINTENDENT, CALIFORNIA CORRECTIONAL INSTITUTION. Sup. Ct. Cal. Certiorari denied.

No. 87–5442. AUSTIN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 87–5450. FREEMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–5452. SOLEK v. NEW JERSEY DEPARTMENT OF PUBLIC ADVOCATE ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 87–5488. COLLINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.